# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **CHARLES JAMES RICHTER,** | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 2:17-cv-00679-RSP |
| | § | |
| **CARVANA, LLC AND** | § | |
| **DONZELL EL TORO SLEDGE,** | § | |
|     *Defendants.* | § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF RESOLUTION

Plaintiff, Charles James Richter ("Plaintiff"), and Defendants, Carvana, LLC and Donzell El Toro Sledge (collectively, "Defendants"), hereby file this Joint Motion to Stay All Deadlines and Notice of Resolution, and in support thereof respectfully show the Court as follows:

All matters in controversy between Plaintiff and Defendants have been resolved, in principle. The parties are in the process of finalizing the terms of a written agreement regarding the resolution of this matter. The parties wish to conclude the resolution without burdening the Court with any additional filings and without incurring unnecessary expense. The parties anticipate that they will be able to finalize the written agreement and submit dismissal papers within approximately 30 days or sooner. Accordingly, Plaintiff and Defendants jointly and respectfully request that the Court grant a stay of the proceedings between them, including all deadlines, until June 30, 2018.

The parties submit that good cause exists for granting this agreed motion, as set forth above. This motion is not for purposes of delay, but so that justice may be served.

A proposed order granting this Joint Motion is attached.

Wherefore, Plaintiff and Defendants respectfully request that the Court enter the proposed order submitted with this Motion as set forth above, and grant the parties such other and further relief to which they are entitled.

Dated:  June 5, 2018		Respectfully submitted:

*/s/ Kendall Kelly Hayden*
Kendall Kelly Hayden, *Lead Attorney*
State Bar No. 24046197
Christopher J. Hanlon
Texas Bar No. 24065367

COZEN O'CONNOR
1717 Main Street, Suite 3100
Dallas, Texas  75201
Telephone: (214) 462-3000
Facsimile:  (214) 462-3299
khayden@cozen.com
chanlon@cozen.com

and

*/s/ Shannon Dacus*
Shannon Dacus
State Bar No.  00791004
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
sdacus@dacusfirm.com

**ATTORNEYS FOR DEFENDANTS CARVANA, LLC AND DONZELL EL TORO SLEDGE**

>*/s/ Joe M. Worthington*
>Joe M. Worthington
>State Bar No. 22009950
>Negem & Worthington
>1828 ESE Loop 323, Suite R-1A
>Tyler, Texas  75701
>Telephone:  (903) 595-4466
>Facsimile:  (903) 593-3266
>joe@negemlaw.com
>
>**ATTORNEYS FOR PLAINTIFF
>CHARLES RICHTER**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on June 5, 2018, counsel for Plaintiff and Defendants conferred, and the parties agree to the form and substance of this Joint Motion.

>*/s/ Kendall Kelly Hayden*
>Kendall Kelly Hayden

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above document has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure, on this the 5th day of June, 2018.

Joe M. Worthington
Negem & Worthington
1828 ESE Loop 323, Suite R-1A
Tyler, Texas  75701
joe@negemlaw.com
*Counsel for Plaintiff*

Shannon Dacus
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
sdacus@dacusfirm.com
*Co-Counsel for Defendants*

>*/s/ Kendall Kelly Hayden*
>Kendall Kelly Hayden